# ORDERS.

During the time of these Reports the Supreme Judicial Court made the following orders with respect to applications for leave to obtain further appellate review of cases decided by the Appeals Court.

January 29, 1996

*Further appellate review denied:*

COMMONWEALTH vs. DONALD R. BARBOZA. Reported below: 39 Mass. App. Ct. 1118 (1995).

COMMONWEALTH vs. WILLIAM BENNETT. Reported below: 39 Mass. App. Ct. 531 (1995).

COMMONWEALTH vs. KEVIN BRAY. Reported below: 39 Mass. App. Ct. 1117 (1995).

COMMONWEALTH vs. ROMOLO CAPOBIANCO. Reported below: 39 Mass. App. Ct. 1118 (1995).

COMMONWEALTH vs. RALPH CARRON. Reported below: 39 Mass. App. Ct. 1117 (1995).

COMMONWEALTH vs. JAMES CIVELLO. Reported below: 39 Mass. App. Ct. 373 (1995).

COMMONWEALTH vs. DUNG LE. Reported below: 39 Mass. App. Ct. 1117 (1995).

COMMONWEALTH vs. ROY L. FARIAS. Reported below: 39 Mass. App. Ct. 1116 (1995).

COMMONWEALTH vs. STEPHEN H. GALE. Reported below: 39 Mass. App. Ct. 1116 (1995).

COMMONWEALTH vs. TONY GONZALEZ. Reported below: 39 Mass. App. Ct. 472 (1995).

COMMONWEALTH vs. ROBERT W. HENDRICKSON (No. 1). Reported below: 39 Mass. App. Ct. 1104 (1995).

COMMONWEALTH vs. DAVID HOWARD. Reported below: 39 Mass. App. Ct. 1115 (1995).

COMMONWEALTH vs. PAUL KELLEY, JR. Reported below: 39 Mass. App. Ct. 448 (1995).

COMMONWEALTH vs. ELIGIO A. LEBRON. Reported below as COMMONWEALTH vs. CARMEN N. CORDERO (and a companion case): 39 Mass. App. Ct. 1117 (1995).

COMMONWEALTH vs. DONALD E. MARTIN. Reported below: 39 Mass. App. Ct. 1115 (1995).

COMMONWEALTH vs. ANDY McLEOD. Reported below: 39 Mass. App. Ct. 461 (1995).

COMMONWEALTH vs. HILARIO RODRIGUEZ ORTIZ. Reported below: 39 Mass. App. Ct. 1118 (1995).

COMMONWEALTH vs. QUANG M. NGUYEN. Reported below: 39 Mass. App. Ct. 1116 (1995).

COMMONWEALTH *vs.* ARTHUR RAINWATER. Reported below: 39 Mass. App. Ct. 1120 (1995).

COMMONWEALTH *vs.* JOSE RODRIGUEZ. Reported below: 39 Mass. App. Ct. 1117 (1995).

COMMONWEALTH *vs.* SOCRATES ROSARIO. Reported below as COMMONWEALTH *vs.* PEDRO ROSARIO (and a companion case): 39 Mass. App. Ct. 1119 (1995).

COMMONWEALTH *vs.* DENNIS S. ROY. Reported below: 39 Mass. App. Ct. 1118 (1995).

COMMONWEALTH *vs.* FRANK J. SARAGOZA. Reported below: 39 Mass. App. Ct. 1117 (1995).

COMMONWEALTH *vs.* WESTON J. STOW. Reported below: 39 Mass. App. Ct. 1114 (1995).

COMMONWEALTH *vs.* CHARLES L. TYLER. Reported below: 39 Mass. App. Ct. 1115 (1995).

COMMONWEALTH *vs.* MICHAEL VICK. Reported below: 39 Mass. App. Ct. 1117 (1995).

COMMONWEALTH *vs.* DONALD R. VILLELLA. Reported below: 39 Mass. App. Ct. 426 (1995).

COMMONWEALTH *vs.* DONALD B. WHITLOCK. Reported below: 39 Mass. App. Ct. 514 (1995).

MARY LOUISE DOW *vs.* JOSEPH SHEFFIELD DOW. Reported below: 39 Mass. App. Ct. 1117 (1995).

ELIZABETH FILIPOWICZ, administratrix, *vs.* LYDONIA CORPORATION & another. Reported below: 39 Mass. App. Ct. 1119 (1995).

JAMES HARDING *vs.* EVELYN DeANGELIS, administratrix. Reported below: 39 Mass. App. Ct. 455 (1995).

MICHEL MAGEE *vs.* THE INQUIRER AND MIRROR, INC., & another. Reported below: 39 Mass. App. Ct. 1118 (1995).

TODD MARTIN *vs.* EDWARD ROGERS & another. Reported below: 39 Mass. App. Ct. 1116 (1995).

VIJAI B. PANDEY *vs.* THE PAUL REVERE LIFE INSURANCE COMPANY & others. Reported below: 39 Mass. App. Ct. 1108 (1995). MME. JUSTICE ABRAMS did not participate.

RASHID PIGOTT *vs.* UNITED HOMES FOR CHILDREN & others. Reported below: 39 Mass. App. Ct. 1108 (1995).

MARK WILLIAMS & others, trustees, *vs.* GULF INSURANCE COMPANY. Reported below: 39 Mass. App. Ct. 432 (1995).

DOMENIC T. ZAGAMI *vs.* SHAWMUT BANK, N.A. Reported below: 39 Mass. App. Ct. 1120 (1995).


February 1, 1996

*Further appellate review granted:*

COMMONWEALTH *vs.* WALTER JOHNSON. Reported below: 39 Mass. App. Ct. 1116 (1995).

ANNIE K. STILL *vs.* COMMISSIONER OF THE DEPARTMENT OF EMPLOYMENT AND TRAINING. Reported below: 39 Mass. App. Ct. 502 (1995).

*Further appellate review denied:*

COMMONWEALTH *vs.* PETER N. BERMENT. Reported below: 39 Mass. App. Ct. 522 (1995).